THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Stewart Gantt,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, III , Circuit Court 
 Judge

Unpublished Opinion No.   2003-UP-406
Submitted April 18, 2003 - Filed June 
 18, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Legal Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin 
 Aplin; Deputy Director for Legal Services Teresa A. Knox, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Stewart Gantt was indicted 
 for shoplifting.  Gantt pled guilty and was sentenced to seven years imprisonment, 
 suspended upon service of fifty-seven days and three years probation.  On June 
 13, 2002, Gantts probation was revoked.  Gantt appeals, arguing that the circuit 
 court abused its discretion in revoking his probation without holding a preliminary 
 hearing.  
Counsel for Gantt has filed a final brief and submitted 
 a petition to be relieved as counsel.[1]  After a thorough review 
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the 
 appeal and grant counsels motion to be relieved as counsel.
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1]  
 We decide this case without oral argument pursuant to Rule 215, SCACR.